UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DARRYL ROBINSON** | **CIVIL ACTION** |
| **versus** | **NO. 13-5802** |
| **WARDEN ROBERT TANNER** | **SECTION: "E" (3)** |

## O R D E R

The Court, having considered the petition,[1] the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge,[2] and the petitioner's objection to the Magistrate Judge's Report and Recommendation,[3] hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the petition for federal *habeas corpus* relief filed by **Darryl Robinson** is **DISMISSED WITH PREJUDICE** as untimely.

**IT IS FURTHER ORDERED** that a copy of petitioner's traverse to the Magistrate Judge's report and recommendation[4] be sent to the petitioner, per his request.

---

[1] R. Doc. 5; R. Doc. 6; R. Doc. 18.

[2] R. Doc. 21.

[3] R. Doc. 25.

[4] R. Doc. 25.

New Orleans, Louisiana this 24th day of February, 2015.

                                        _____
                                        **SUSIE MORGAN**
                                        **UNITED STATES DISTRICT JUDGE**